> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 41.
> JPH, 6/21/2021
> Distribution via ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID BEESON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:20-cv-00252-JPH-MG |
| C-CAT, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, David Beeson, by counsel, and the Defendant, C-Cat, Inc., by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

6/11/21
Date

Bradley L. Wilson, Esq.
Samuel M. Adams, Esq.
John H. Haskin & Associates
Attorneys for Plaintiff

6/18/21
Date

Steven F. Pockrass, Esq.
Amanda C. Couture, Esq.
Jeffrey W. Parker, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Attorneys for Defendant

46904423.1